IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| DARIEN DAMAR CLARK, | |
| Plaintiff, | CIVIL ACTION NO.: 6:15-cv-81 |
| v. | |
| GEORGIA DEPARTMENT OF CORRECTIONS; and MEISHA SHEDRICK, | |
| Defendants. | |

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 14), to which no Objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Court **DISMISSES** Plaintiff's claims against the Georgia Department of Corrections in their entirety and Plaintiff's claims against Defendant Meisha Shedrick in her official capacity. Additionally, the Court **DENIES** Plaintiff's Motion to Show Cause, (doc. 6), and Motion for Default Judgment, (doc. 9). However, Plaintiff's claims against Defendant Shedrick in her individual capacity shall proceed.

**SO ORDERED**, this 3rd day of February, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA